UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Landwer, | Case Number: |
| Plaintiff, | CV23-02593-PHX-SPL |
| v. | |
| Lincoln Technical Institute, | Complaint At Law |
| Defendant. | Jury Trial Demanded |

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## INTRODUCTION

1. This is an action brought by an individual consumer for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

4. The Plaintiff is an individual presently residing in Maricopa County, Arizona.

5. The Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

6. The Defendant Lincoln Technical Institute is an Educational Institution who in the normal course of business is a furnisher of Consumer Credit Information to Consumer Reporting Agencies.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

7. The Plaintiff attended a school operated by the Defendant from January of 2017 through May of 2017.

8. The Plaintiff has no recollection of agreeing to an Educational Loan with the Defendant.

9. The Plaintiff parodically monitored his Credit Bureau Reports for Fraud and Unauthorized Credit Accounts.

10. The Plaintiff had applied for an Assisted Living Facility room and was denied because of a Credit Account that is being reported by the Defendant in a Collection Status.

11. The Plaintiff on or Around July 2023, checked his Credit Reports and noticed that the Defendant, Lincoln Technical Institute, was reporting inaccurate information regarding the Student Loan account on Plaintiff's Credit Reports.

12. Specifically, the Defendant, Lincoln Technical Institute, is reporting that the account is in collection/charge off status with an unpaid balance of over $121.00 due and owing.

13. The false information regarding the account appearing on the Plaintiff's Consumer Credit Reports harms the Plaintiff because it does not accurately depict Plaintiff's credit history and creditworthiness, and overstates Plaintiff's credit utilization and liability.

## **WRITTEN DISPUTE**

14. On or about 18 July 2023, the Plaintiff sent a written letter to the Defendant, Lincoln Technical Institute inquiring regarding the Education Loan account reporting on the Plaintiff's Consumer Credit Report. The Plaintiff Did Not receive the courtesy of a reply.

15. On or about 22 August 2023, the Plaintiff sent a written letter to the Defendant, Lincoln Technical Institute at three different addresses: Lincoln College of Technology 8317 West North Avenue, Melrose Park, Illinois 60160-1605; Lincoln Technical Institute, Inc. 14 Sylvan Way, Parsippany, New Jersey 07054 -3834 and Lincoln Technical Institute 1 Plymouth Meeting, Suite 300, Plymouth Meeting, PA  19462-1326. Again, inquiring regarding the Education Loan account reporting on the Plaintiff's Consumer Credit Report. The Plaintiff Did Not receive the courtesy of a reply.

16. The Plaintiff left with no choice but to continue to waste his time trying to contact the Defendant or simply pay a debt he is uncertain is a lawful debt he incurred.

17. After numerous letters and several phone calls, the Plaintiff decided to simply pay the outstanding $121.44. What else could the Plaintiff do? The Defendant simply Did Not Respond or Did Not remove the inaccurate information being reported.

18. On 4 October 2023 the Plaintiff called the accounts receivable office of the Defendant, Lincoln Technical Institute, and paid the $121.44 allegedly owed. The Plaintiff thought that would settle the matter and the Plaintiff could get back to his medical treatments.

19. On 8 November 2023 the Plaintiff had the opportunity to check his Credit Reports and noticed that the Defendant, Lincoln Technical Institute, was still reporting – despite the Plaintiff's paying the entire $121.44 allegedly owed – inaccurate information regarding the Student Loan account on the Plaintiff's Credit Reports.

20. On 2 December 2023 the Plaintiff, once again, had the opportunity to check his Credit Reports and noticed that the Defendant, Lincoln Technical Institute, was continuing to report inaccurate information regarding the Student Loan account on Plaintiff's Credit Reports. The Plaintiff sent eight (8) total letters, on 4 December 2023, to the Defendant attempting to have the Education Loan account reflected on the Plaintiff's Consumer Credit Report to be reported as paid-in-full.

21. The Plaintiff upon information and belief, believes the Defendant, Lincoln Technical Institute, received notification of the Plaintiff's dispute from the Plaintiff, as None of the Plaintiff's letters were returned as undeliverable.

22. The Defendant, Lincoln Technical Institute, failed to conduct a reasonable investigation, failed to contact Plaintiff or any third parties, and failed to review the underlying account information with respect to the disputed information and the accuracy of the disputed information.

23. The Defendant, Lincoln Technical Institute, failed to instruct the Consumer Reporting Agencies to correct the false information reporting on the Plaintiff's Consumer Credit Report.

24. The Defendant, Lincoln Technical Institute, employed an investigation process that was not reasonable and did not remove the false information identified in the Plaintiff's dispute.

25. The Defendant, Lincoln Technical Institute, employed internal processes that were not reasonable and failed to ensure the maximum possible accuracy of the information reported on the Plaintiff's Consumer Credit Report.

26. At no point after receiving the Plaintiff's dispute letters did the Defendant, Lincoln Technical Institute, communicate with the Plaintiff to determine the veracity and extent of the Plaintiff's dispute.

## COUNT 1

### (Fair Credit Reporting Act Violation – 15 U.S.C. §1681s – 2(b))

27. The Plaintiff re-alleges and reaffirms the above paragraphs as though fully set forth herein.

28. The Defendant, Lincoln Technical Institute, after receiving the Plaintiff's dispute, failed to correct the false information reporting on the Plaintiff's Consumer Credit Reports.

29. The Defendant, Lincoln Technical Institute, violated 15 U.S.C. §1681s – 2(b) by failing to fully and properly investigate the Plaintiff's dispute; by failing to review all relevant information regarding the Plaintiff's dispute; by failing to accurately respond to the Consumer Reporting Agencies; by verifying false information; and by failing to permanently and lawfully correct its own internal records to prevent the re-recording of false representations to the Consumer Reporting Agencies, among other unlawful conduct.

30. As a result of this conduct, action, and inaction of the Defendant, Lincoln Technical Institute, Plaintiff suffered damages, and continues to suffer actual damages, including economic loss, damage to reputation, emotional distress, and interference with Plaintiff's normal and usual activities for which Plaintiff seeks damages in an amount to be determined by the trier of fact.

31. The Defendant's, Lincoln Technical Institute, conduct, action, and inaction was willful, entitling the Plaintiff to recover punitive damages pursuant to 15 U.S.C. § 1681n.

32. In the alternative, the Defendant, Lincoln Technical Institute, was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

33. The Plaintiff is entitled to recover costs and fees from the Defendant, Lincoln Technical Institute, pursuant to 15 U.S.C. § 1681n and/or 15 U.S.C. § 1681o.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff seeks a reasonable and fair judgment against the Defendant, Lincoln Technical Institute, for willful noncompliance of the Fair Credit Reporting Act and seeks remedies as defined by 15 U.S.C. § 1681 and demands:

1. Trial by jury.

2. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

3. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for the Defendant's, Lincoln Technical Institute, willful violation;

4. The costs of instituting this action together with reasonable fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

5. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Dated: 11 December 2023

Respectfully submitted,

Charles H. Landwer
Plaintiff, pro se,

Charles H. Landwer
27W165 Schick Road
Hanover Park, Illinois
60133-6719
charleslandwer@gmail.com
312.590.8028

mail to:
P.O. Box 91
Streamwood, Illinois
60107-0091