IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles H. Landwer,<br><br>           Plaintiff,<br>vs.<br><br>Lincoln Technical Institute,<br><br>           Defendant. | No. CV-23-02593-PHX-SPL<br><br>**ORDER** |

Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation to Dismiss (Doc. 14) is **granted**;

2. That this action is **dismissed with prejudice** in its entirety;

3. That each party shall bear its own costs and attorneys' fees; and

4. That the Clerk of Court shall terminate this action.

Dated this 31st day of January, 2024.

                                                    Honorable Steven P. Logan
                                                    United States District Judge